# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| PARK MERIDIAN, LLC, ) | CASE NO: 15-20447-JRS |
| ) | |
| Debtor. ) | |
| _____) | |

## LIMITED MOTION TO KEEP BANK ACCOUNT OPEN

COMES NOW, Park Meridian, LLC, Debtor and Debtor-in-Possession, and files this Limited Motion to Keep Bank Account Open and in support thereof, respectfully represents:

1.  Debtor filed its petition for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") on March 2, 2015 (the "Petition Date"). The Debtor owns commercial real property and improvements thereon located at 3890 Johns Creek Parkway, Suwanee, Forsyth County, Georgia.

2.  Debtor has continued in possession of its property and continues to operate as debtor in possession per 11 U.S.C. §§ 1107 and 1108.

3.  Debtor is in the process of opening its debtor-in-possession accounts. However, Debtor's business will be severely disrupted if its pre-petition account is closed immediately.

4.  The Debtor seeks the authority of the Court to keep its pre-petition account with Wells Fargo Bank, N.A. for a reasonable time to allow transition to debtor-in-possession accounts with minimal interruption. Attached hereto as Exhibit "A" is information concerning the bank account with Wells Fargo Bank's address and the account number.

04023190-

WHEREFORE, Debtor prays that the Court grant its Limited Motion to Keep Bank Account Open, and that it have such other and further relief as is deemed just and proper.

On this 3rd day of March, 2015.

**MACEY, WILENSKY & HENNINGS, LLC**

/s/ David W. Gordon
David W. Gordon, Esq.
Georgia Bar No. 726483

303 Peachtree Street, N.E.
Suite 4420
Atlanta, GA 30308
(404) 584-1200
(404) 681-4355 – Facsimile
dgordon@maceywilensky.com

04023190-

## Exhibit "A"

## Park Meridian, LLC Bank Account

Bank:  Wells Fargo Bank, N.A.
       101 N. Phillips Avenue
       Sioux Falls, SD 57104

Account Number:  2000023563836

04023190-

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| PARK MERIDIAN, LLC, ) | CASE NO: 15-20447-JRS |
| ) | |
|     **Debtor.** ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **Limited Motion to Keep Bank Account Open** was served by depositing a copy of same in the United States Mail, first class postage prepaid, addressed to:

Office of United States Trustee
362 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

    AND

The Twenty Largest Unsecured Creditors as shown on Exhibit "A" attached hereto.

This 3rd day of March, 2015.

                                           **MACEY, WILENSKY & HENNINGS, LLC**

                                           /s/ David W. Gordon
                                         David W. Gordon, Esq.
                                         Georgia Bar No. 726483

303 Peachtree Street, N.E.
Suite 4420
Atlanta, GA 30308
(404) 584-1200
(404) 681-4355 – Facsimile
dgordon@maceywilensky.com

04023190-

## EXHIBIT "A"

## PARK MERIDIAN, LLC

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

AT&T
c/o Bankruptcy
1801 Valley View Lane
Dallas, TX  75234

Forsyth County Water
110 East Main Street, #150
Cumming, GA  30040

Gail Pollock
8143 Valhalla Drive
Delray Beach, FL  33443

Highgrove Partners, LLC
c/o James McCutcheon
7730 The Bluffs
Austell, GA  30168

Jackson Corporate Real Estate
101 Marietta Street
31st Floor
Atlanta, GA  30303

Regency Enterprises, Inc.
195 Chastain Meadows Court
Suite 100
Kennesaw, GA  30144

Sawnee EMC
543 Atlanta Highway
Cumming, GA  30040

Sure Tech Services, Inc.
P. O. Box 884
Jefferson, GA  30549

04023190-